

# NUMBER 13-13-00193-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

ANNA MJOS F/K/A
ANN HESTER BEARDSLEY,                                    Appellant,

**v.**

STEVE MJOS,                                              Appellee.

### On appeal from the 345th District Court of
### Travis County, Texas.

## MEMORANDUM OPINION

### Before Justices Rodriguez, Garza, and Perkes
### Memorandum Opinion Per Curiam

Appellant, Anna Mjos f/k/a Ann Hester Beardsley, has filed an unopposed motion

to dismiss this appeal on grounds that the trial court has granted a motion for new trial,

thereby rendering this appeal moot.[1]  The Court, having considered the documents on

---

[1] This appeal was transferred to this Court from the Third Court of Appeals by order of the Texas

file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted.   *See* TEX. R. APP. P. 42.1(a).   Appellant's motion to dismiss is granted and the appeal is hereby DISMISSED.   Costs will be taxed against appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").   Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
20th day of June, 2013.

---

Supreme Court.   *See* TEX. GOV'T CODE ANN. § 22.220(a) (West Supp. 2011) (delineating the jurisdiction of appellate courts); TEX. GOV'T CODE ANN. § 73.001 (West 2005) (granting the supreme court the authority to transfer cases between the courts of appeals).